## EXHIBIT 1

### GLOSSARY OF DEFINED TERMS, PEOPLE, AND ENTITIES

**2017 Corporate Documents**

(also **2017 Bylaws**, **2017 Certificate of Formation**, and **2017 Shareholders Agreement**)

Goodman Networks emerged from bankruptcy on May 31, 2017. As part of its reorganization, Goodman Networks executed the Sixth Amended and Restated Shareholders' Agreement (the "2017 Shareholders Agreement"), filed its Third Amended and Restated Certificate of Formation (the "2017 Certificate of Formation"), and adopted its Third Amended and Restated Bylaws (the "2017 Bylaws"). Collectively, these corporate documents are the "2017 Corporate Documents."

**1Path**

Onepath Systems, LLC ("1Path") is a Georgia limited liability company acquired by American Metals Recovery and Recycling, Inc. ("AMRR"), along with AMR Resources, LLC ("AMR").

AMRR is the sole member and Member-Manager of 1Path. As the sole owner and Chairman of AMRR, James Frinzi controls 1Path. Today, 1Path is part of MBG Holdings, Inc., formerly known as AMRR.

**AMR**

AMR Resources, LLC ("AMR") is a Delaware limited liability company formed by Onepath Systems, LLC ("1Path").

American Metals Recovery and Recycling, Inc. ("AMRR") acquired 1Path and AMR from MSouth Equity Partners.

AMR is now part of MBG Holdings, Inc. ("MBG").

1

**AMRR**

American Metals Recovery and Recycling, Inc. ("AMRR") was a Nevada corporation. At all times relevant to the causes of action in this Adversary Proceeding, AMRR was solely owned by James Frinzi and Shalom Auerbach was a director.

Multiband Global Resources, LLC ("MGR"), a company also owned exclusively by James Frinzi, acquired AMRR. AMRR acquired AMR Resources, LLC ("AMR") and Onepath Systems, LLC ("1Path").

AMRR converted to MBG Holding, Inc. ("MBG"), which is owned by James Frinzi.

**Arris**

ARRIS Solutions, Inc. ("Arris") was a multinational corporation that contracted with GNET ATC, LLC ("GNET") to resell Arris technology on consignment to AT&T and other communication companies. Arris was acquired by CommScope UK Holdings, Ltd.

**ATC**

ATC Logistics, Inc. ("ATC") was a Texas corporation that was owned and controlled by James Goodman. ATC had a contract to be a value-added reseller (VAR) for Federal Express, Inc. ("FedEx"). Goodman Networks acquired ATC.

**Debtor**

In this Adversary Proceeding, the Debtor is Goodman Networks.

**Defendants**

In this Adversary Proceeding, the Defendants are James Frinzi, James Goodman, Jason Goodman, and Joseph Goodman.

**FedEx**

FedEx Supply Chain Logistics & Electronic, Inc. ("FedEx") is a multinational publicly-traded corporation that contracted with Goodman and its subsidiaries whereby FedEx would facilitate and pay for Goodman Networks and its subsidiaries to purchase products and shortly thereafter repurchase those products from Goodman Networks and its subsidiaries at a 0.2% markup. This contract with FedEx accounted for over 20% of Goodman Networks' revenue by 2021.

**Frinzi, James**

James Frinzi ("Frinzi") is a defendant in this Adversary Proceeding and a former officer of Goodman Networks. He served as Goodman Networks' Vice President of Government Relations from 2010 before becoming its CEO in 2021.

Additionally, Frinzi is the owner and control person of additional entities that were utilized to effectuate various breaches of fiduciary duties including AMR Resources, LLC ("AMR"); American Metals Recovery and Recycling, Inc. ("AMRR"); MBG Holdings, Inc. ("MBG"); Multiband Global Resources, LLC ("MGR"); and Onepath Systems, LLC ("1Path").

**Genesis Enterprises**

Genesis Networks Enterprises, LLC ("Genesis Enterprises") is a Texas limited liability company which owns 40.2% of Goodman Networks' common stock. Genesis Enterprises is the sole member and Member-Manager of Genesis Networks Telecom Services, LLC ("Genesis Networks") and Genesis Global Services, LLC.

**Genesis Networks**

Genesis Networks Telecom Services, LLC ("Genesis Networks") is a Texas limited liability company. Genesis Networks Enterprises, LLC ("Genesis Enterprises") is the sole member and Member-Manager of Genesis Networks.

3

| | |
|---|---|
| **GIH** | Goodman Investment Holdings, LLC ("GIH") is a Texas limited liability company. GIH purchased Goodman Networks' e-commerce business for a $10 million promissory note in 2021. |
| **GNET** | GNET ATC, LLC ("GNET") is a Texas limited liability company. GNET is a wholly-owned subsidiary of Goodman Networks. GNET held value-added reseller contracts with ARRIS Solutions, Inc. ("Arris") and Federal Express, Inc. ("FedEx"). By 2021, these contracts accounted for 80% of Goodman Networks' revenue. |
| **Goodman, Jake** | Jake Goodman is James Goodman's son and not a party to this suit. Jake Goodman was a director of Goodman Networks from May 1, 2020, to June 8, 2021. |
| **Goodman, James** | James Goodman is one of the Goodman Brothers, a defendant in this case, and a former officer and director of Goodman Networks. |
| | James Goodman was CEO of Goodman Networks from September 10, 2020, to March 22, 2021. |
| | James Goodman was also Chairman of Goodman Networks' Board of Directors from February 23, 2020, to February 1, 2022. He was the sole director from October 20, 2021 until he resigned as Chairman. |

**Goodman, Jason**

Jason Goodman is one of the Goodman Brothers, a defendant in this case, and a former officer and director of Goodman Networks.

Jason Goodman became a director and CEO of Goodman Networks on March 22, 2021. He resigned from both positions on October 20, 2021. When he resigned, Jason Goodman elected James Frinzi as the CEO and left James Goodman as the sole director overseeing James Frinzi.

**Goodman, John**

John Goodman is one of the Goodman Brothers. He is not a party to this case.

John Goodman is a former officer and director of Goodman Networks. John Goodman was CEO and Chairman of Goodman Networks when it emerged from bankruptcy in May 2017. John Goodman remained Chairman until February 13, 2020. He resigned as Chairman, but he remained as director on the Board of Directors until May 1, 2020. John Goodman remained CEO of Goodman Networks until February 23, 2020. After stepping down as CEO, John Goodman stayed at Goodman Networks as the Chief Strategy Officer until April 30, 2020.

**Goodman, Jonathan**

Jonathan Goodman is one of the Goodman Brothers. He is not a party to this case. Jonathan Goodman owns or controls approximately 6.1% of Goodman Networks' common voting shares through his partial ownership of Goodman MBE Group, LP.

**Goodman, Joseph**

Joseph "Jody" Goodman is one of the Goodman Brothers, a defendant in this case, and a former director of Goodman Networks.

Joseph Goodman became a director of Goodman Networks on March 22, 2021. He resigned on October 20, 2021. When he resigned, Joseph Goodman elected James Frinzi as the CEO and left James Goodman as the sole director overseeing James Frinzi.

Joseph Goodman owns or controls approximately 6.1% of Goodman Networks' common voting shares through his partial ownership of Goodman MBE Group, LP.

**Goodman Brothers**

The Goodman Brothers consist of James, Jason, John, Jonathan, and Joseph "Jody" Goodman. Collectively, the Goodman Brothers owned about 85.1% of the common voting shares of Goodman Networks through multiple entities, including Goodman MBE Group, LP; Genesis Networks Enterprises LLC ("Genesis Enterprises"); GDMN Family Investments 2, LLC ("GDMN"); People NQ Inc. ("People NQ"); and JJC & People LLC ("JJC").

Through these entities, James Goodman controls about 57.5%, John Goodman controls about 9.3%, and Jason, Jonathan, and Joseph Goodman each own about 6.1% of Goodman Networks' shares.

**Goodman MBE Group, LP**

Goodman MBE Group, LP  is a Texas limited partnership that owns approximately 30.6% of Goodman Networks' common voting shares. Goodman MBE Group GP LLC is its General Partner, and is owned equally by the Goodman Brothers—James, Jason, John, Jonathan, and Joseph Goodman. At material times related to this Adversary Proceeding, Joseph Goodman was Goodman MBE Group GP LLC's President.

The Goodman Brothers are also equal Limited Partners of the Limited Partnership. At times related to this Adversary Proceeding, John Goodman is the Manager of the Limited Partnership.

**Goodman Networks**

Goodman Networks, Inc. ("Goodman Networks") is a Texas corporation. Goodman Networks is the Debtor and Plaintiff in this Adversary Proceeding. Goodman Networks emerged from bankruptcy in 2017.

Over 85.1% of Goodman Networks is controlled by the Goodman Brothers—James, Jason, John, Jonathan, and Joseph Goodman.

Goodman Networks wholly owns subsidiaries that include GNET ATC, LLC, a Texas limited liability company, and Multiband Field Services, Inc., a Delaware corporation.

**Goodman Telecom**

Goodman Telecom Services, LLC ("Goodman Telecom") was a Texas limited liability company. John Goodman and Scott Pickett, nonparties to this Adversary Proceeding, are members of Goodman Telecom. John Goodman is the Member-Manager of Goodman Telecom.

On June 30, 2020, Goodman Networks entered into an insider transaction with Goodman Telecom to purchase Goodman Networks' Infrastructure Services and Professional Services Divisions, excluding a system Goodman Networks maintains on LSU's campus, in exchange for $32,511,107 in cash and $8 million in Class E Units of Goodman Telecom.

**Hill Innovative Law, LLC**

(also **Hill, David**)

In December 2021, Hill Innovative Law, LLC acted as an escrow agent for Repository Services, LLC ("Repository") when Repository sold American Metals Recovery and Recycling, Inc. ("AMRR") to Multiband Global Resources, LLC ("MGR").

**Keiffer, Mark**

Mark Keiffer was a director of Goodman Networks when it emerged from bankruptcy in May 2017. Mark Keiffer remained a director until September 10, 2020, when he resigned.

Mark Keiffer was also CEO of Goodman Networks from February 23, 2020, to September 10, 2020, when he resigned.

**MBG**

MBG Holdings, Inc. ("MBG") is a Nevada corporation solely owned by James Frinzi.

In February 2023, American Metals Recovery and Recycling, Inc. ("AMRR") changed its name to MBG Holdings, Inc. ("MBG").

| | |
|---|---|
| **MFS** | Multiband Field Services, Inc. ("MFS") is a Delaware corporation. It is a wholly-owned subsidiary of Goodman Networks. MFS provides field services to customers through network and electronics technicians. By 2021, MFS's field services business accounted for approximately 20% of Goodman Networks' revenue. |
| **MGR** | Multiband Global Resources, LLC ("MGR") is a Delaware limited liability company. James Frinzi is the sole member and Member-Manager of MGR. |
| | In December 2021, MGR acquired American Metals Recovery and Recycling, Inc. ("AMRR") from Repository Services, LLC. AMRR was a publicly-traded shell company. |
| **Multiband USA** | Multiband USA, LLC ("Multiband USA") was a Delaware limited liability company that James Frinzi formed to be a shell company to acquire GNET ATC, LLC's ("GNET's") profitable assets. |
| **Notes** (and **Noteholders**) | Goodman Networks emerged from bankruptcy on May 31, 2017. To reorganize, Goodman Networks sold $112 million in 8% senior secured notes (the "Notes") to various creditors (the "Noteholders"). The Notes were secured by, *inter alia*, the trademarks and other intellectual property of Goodman Networks, GNET, and MFS. The Notes matured on May 31, 2022. |
| **Repository** | Repository Services, LLC ("Repository") owned American Metals Recovery and Recycling, Inc. ("AMRR") and sold it to Multiband Global Resources, LLC ("MGR") in December 2021. |
| **SierraConstellation Partners** | SierraConstellation Partners is an advisory and consulting firm that Goodman Networks hired to navigate through difficult business challenges. |

**Signal**

Signal Messenger ("Signal") is a private peer-to-peer messaging service where, among others, James Goodman and James Frinzi communicated about Goodman Networks' matters.

**Stauber Law Office**

In December 2021, Stauber Law Office acted as an escrow agent for Multiband Global Resources, LLC ("MGR") to acquire American Metals Recovery and Recycling, Inc. ("AMRR") from Repository Services, LLC ("Repository").

**Trustee**

In this Adversary Proceeding, the Trustee is Scott Seidel, and the Trustee represents the bankruptcy estate of Goodman Networks.

**UFS**

Unified Field Services, Inc. ("UFS") is a Texas corporation formed on April 7, 2021. At all material times related to this Adversary Proceeding, James Goodman was a director and officer of UFS.

Goodman Networks unfavorably transacted with UFS including by paying $5,986,898 of UFS expenses, purportedly in exchange for UFS's promise to repay Goodman Networks.

**VAR**

A value-added reseller ("VAR") is a company that resells other company's products and services. In this Adversary Proceeding, GNET ATC, LLC ("GNET") is a VAR of other company's technologies and services, including ARRIS Solutions, Inc. ("Arris") and Federal Express, Inc. ("FedEx").