**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § § § § § | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| GOODMAN NETWORKS, INC., | | |
| Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE, | § § § § § | |
| Plaintiff, | | ADVERSARY PROCEEDING<br>NO: 24-03039-mvl |
| v. | § § | |
| JAMES FRINZI, JAMES GOODMAN, JASON GOODMAN, and JOSEPH GOODMAN, | § § § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Munsch Hardt Kopf & Harr, P.C., by and through the undersigned, hereby makes an appearance on behalf of Scott M. Seidel ("Trustee"), as the Chapter 7 trustee of Goodman Networks, Inc, the plaintiff in this adversary proceeding and files this Notice of Appearance and Request for Service of All Notices, Pleadings, Orders and Other Papers (the "Notice of Appearance") to request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), that all notices given or required to be given in the Bankruptcy Case, and that all pleadings, orders and other papers served or required to be served in the Bankruptcy Case, be given and served upon:

Maddison Craig
State Bar No. 24137348
MUNSCH HARDT KOPF & HARR, P.C.
500 North Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
mcraig@munsch.com

The foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

This Notice of Appearance shall neither constitute nor be deemed or construed as (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in the Bankruptcy Case or in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which the Trustee has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Trustee hereby expressly reserves.

Dated: July 23, 2024          Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Maddison Craig*
Davor Rukavina
State Bar No. 24030781
Jamil N. Alibhai
State Bar No. 00793248
Thomas D. Berghman
State Bar No. 24082683
Anne-Alise "Ali" Hinckley
State Bar No. 24090786
J. Blake Glatstein
State Bar No. 24123295
Maddison Craig
State Bar No. 24137348
500 North Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
jalibhai@munsch.com
tberghman@munsch.com
ahinckley@munsch.com
bglatstein@munsch.com
mcraig@munsch.com

**ATTORNEYS FOR TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2024, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof.

         */s/ Maddison Craig*
         Maddison Craig