Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

**COUNSEL FOR DEFENDANT JAMES FRINZI**

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff, | § | NO: 24-03039-mvl |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| JAMES FRINZI, JAMES GOODMAN, | § | |
| JASON GOODMAN, and JOSEPH | § | |
| GOODMAN, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

### DEFENDANT JAMES FRINZI'S JURY DEMAND

In accordance with Federal Rule of Bankruptcy Procedure 9015 and Federal Rule of Civil

Procedure 38(b), Defendant James Frinzi requests that all claims, allegations, and defenses

asserted in the above-captioned adversary proceeding, including all claims alleged in Plaintiff's

Complaint (Dkt. 1), any amendments or supplements thereto, and all defenses, be tried before a

jury.

Dated: July 26, 2024.                                  Respectfully submitted,

                                                       */s/ Paul T. Elkins*
                                                       Jason M. Rudd, Tex. Bar No. 24028786
                                                       Paul T. Elkins, Tex. Bar No. 24092383
                                                       **WICK PHILLIPS GOULD & MARTIN, LLP**
                                                       3131 McKinney Avenue, Suite 500
                                                       Dallas, TX 75204
                                                       Phone: (214) 692-6200
                                                       Fax: (214) 692-6255
                                                       Email:  jason.rudd@wickphillips.com
                                                               paul.elkins@wickphillips.com

                                                       **COUNSEL FOR DEFENDANT JAMES
                                                       FRINZI**

## CERTIFICATE OF SERVICE

       I hereby certify that on July 26, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina | | Hand Delivery |
| Thomas D. Berghman | | Regular Mail |
| **MUNSCH HARDT KOPF & HARR, P.C.** | | Facsimile |
| 3800 Ross Tower | | E-mail |
| 500 N. Akard Street | X | CM/ECF |
| Dallas, TX 75201 | | |

**Counsel for the Scott Seidel, Chapter 7 Trustee**

                                                       */s/ Paul T. Elkins*
                                                       Paul T. Elkins

2