Randall A. Pulman
State Bar No. 16393250
Anna K. MacFarlane
State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
amacfarlane@pulmanlaw.com

**COUNSEL FOR JAMES E. GOODMAN**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-31641-MVL-7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | § | |
|     PLAINTIFF | § | |
| | § | |
| V. | § | |
| | § | |
| JAMES FRINZI, JAMES GOODMAN, JASON GOODMAN, AND JOSEPH GOODMAN | § | ADVERSARY NO. 24-03039-MVL |
| | § | |
|     DEFENDANTS | § | |

### AMENDED CERTIFICATE OF CONFERENCE
### [RELATES TO DOCKET NO. 18]

NOW COMES Defendant James E. Goodman in the above styled and numbered cause, and files this *Amended Certificate of Conference [Relates to Adv. Doc. No. 18]*, respectfully showing the Court as follows:

### CERTIFICATE OF CONFERENCE

I certify that, on the 6th day of August, 2024, counsel for James E. Goodman attempted to confer with counsel for the Trustee regarding the contents of the Motion, but the issue has not been resolved.

                                                              */s/ Randall A. Pulman*
                                                              Randall A. Pulman

.

Date:  August 7, 2024                             Respectfully submitted,

                                                     **PULMAN, CAPPUCCIO & PULLEN, LLP**
                                                     2161 NW Military Highway, Suite 400
                                                     San Antonio, Texas 78213
                                                     (210) 222-9494 Telephone
                                                     (210) 892-1610 Facsimile

                                                    By: */s/ Randall A. Pulman*
                                                          Randall A. Pulman
                                                          Texas State Bar No. 16393250
                                                          rpulman@pulmanlaw.com
                                                          Anna K. MacFarlane
                                                          Texas State Bar No. 24116701
                                                          amacfarlane@pulmanlaw.com

                                                    **ATTORNEYS FOR JAMES E. GOODMAN**

## CERTIFICATE OF SERVICE

I certify that on the **7th** day of **August, 2024**, a true and correct copy of the foregoing has been served upon counsel for Plaintiff, Davor Rukavina via email drukavina@munsch.com and via this Court's ECF notification system.

 */s/ Randall A. Pulman*
Randall A. Pulman