Davor Rukavina
State Bar No. 24030781
Jamil N. Alibhai
State Bar No. 00793248
Thomas D. Berghman
State Bar No. 24082683
Anne-Alise "Ali" Hinckley
State Bar No. 24090786
J. Blake Glatstein
State Bar No. 24123295
Maddison Craig
State Bar No. 24137348
500 North Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
drukavina@munsch.com
jalibhai@munsch.com
tberghman@munsch.com
ahinckley@munsch.com
bglatstein@munsch.com
mcraig@munsch.com

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | § § § § § § § | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRINZI, JAMES GOODMAN, JASON GOODMAN, and JOSEPH GOODMAN,<br><br>Defendants. | § § § § § § § § § § § § § | ADVERSARY PROCEEDING<br>NO: 24-03039-mvl |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern

District of Texas, Dallas Division, a Scheduling Conference will be held before the Honorable

Michelle V. Larson, U.S. Bankruptcy Judge, on **August 13, 2024 at 9:30 a.m.**  This will be a hybrid hearing.  Please use the following for participation by WebEx:

>For WebEx Video Participation/Attendance:
>https://us-courts.webex.com/meet/larson
>Meeting Number: 23014761957
>
>For WebEx Telephonic Only Participation/Attendance:
>Dial-In: 1.650.479.3207
>Access code: 2301 476 1957

Please see the attached notice for additional WebEx appearance information.

Dated: August 9, 2024                              Respectfully submitted,

                    **MUNSCH HARDT KOPF & HARR, P.C.**

                    By*: /s/ Jamil N. Alibhai*
                       Davor Rukavina
                       State Bar No. 24030781
                       Jamil N. Alibhai
                       State Bar No. 00793248
                       Thomas D. Berghman
                       State Bar No. 24082683
                       Anne-Alise "Ali" Hinckley
                       State Bar No. 24090786
                       J. Blake Glatstein
                       State Bar No. 24123295
                       Maddison Craig
                       State Bar No. 24137348
                       500 North Akard Street, Suite 4000
                       Dallas, Texas 75201
                       Telephone: (214) 855-7500
                       Facsimile: (214) 855-7584
                       Email: drukavina@munsch.com
                       jalibhai@munsch.com
                       tberghman@munsch.com
                       ahinckley@munsch.com
                       bglatstein@munsch.com
                       mcraig@munsch.com

                    **ATTORNEYS FOR TRUSTEE**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on August 9, 2024, a true and correct copy of this document was served by the Court's ECF system on parties entitled to notice thereof and that, additionally, on the same date he caused true and correct copies of this document to be served by email and U.S. first class mail, postage prepaid, on the following:

Robert A. Simon
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
Email: rsimon@whitakerchalk.com

Jason M. Rudd
Paul T. Elkins
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
Email: jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

Randall A. Pulman
Anna K. MacFarlane
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
Email: rpulman@pulmanlaw.com
amacfarlane@pulmanlaw.com

                By: */s/ Anne-Alise "Ali" Hinckley*
                  Anne-Alise "Ali" Hinckley

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:  https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.