IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-31641-mvl-7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | (Chapter 7) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | ADVERSARY PROCEEDING |
| | § | NO:  24-03039-mvl |
| v. | § | |
| | § | |
| JAMES FRINZI, JAMES GOODMAN, | § | |
| JASON GOODMAN, and JOSEPH | § | |
| GOODMAN, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff Scott M. Seidel ("Trustee"), as

the trustee of Goodman Networks, Inc. ("Debtor" or "Goodman Networks"), the debtor in the

above-styled Chapter 7 bankruptcy case, will serve the subpoena, attached as Exhibit 1, on the

following non-party:

Signal Technology Foundation
c/o Meredith Whittaker, President
650 Castro Street, Suite 120-223
Mountain View, CA 94041

Dated: August 14, 2024

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*

Davor Rukavina
State Bar No. 24030781
drukavina@munsch.com
Jamil N. Alibhai
State Bar No. 00793248
jalibhai@munsch.com
Thomas D. Berghman
State Bar No. 24082683
tberghman@munsch.com
Anne-Alise "Ali" Hinckley
State Bar No. 24090786
ahinckley@munsch.com
J. Blake Glatstein
Texas Bar No. 24123295
bglatstein@munsch.com
Maddison Craig
State Bar No. 24137348
mcraig@munsch.com
500 N. Akard Street, Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR TRUSTEE**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on August 14, 2024, a true and correct copy of the foregoing document was electronically served on all counsel of record through the Court's ECF system of the Court.

Robert A. Simon
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
Email: rsimon@whitakerchalk.com

Jason M. Rudd
Paul T. Elkins
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
Email: jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

Randall A. Pulman
Anna K. MacFarlane
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
Email: rpulman@pulmanlaw.com
amacfarlane@pulmanlaw.com

By: */s/ Anne-Alise "Ali" Hinckley*
Anne-Alise "Ali" Hinckley