THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641-mvl-7 |
| | § | |
| Debtor. | § | Chapter 7 |
| | § | |
| SCOTT M. SEIDEL, Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 24-03039-mvl |
| | § | |
| JAMES FRINZI, JAMES GOODMAN, JASON GOODMAN, and JOSEPH GOODMAN, | § | |
| | § | |
| Defendants. | § | |

**TRUSTEE'S EXHIBIT LIST FOR OCTOBER 2, 2024 HEARING ON
<u>MOTION TO COMPEL ARBITRATION</u>**

Plaintiff Scott M. Seidel ("Trustee"), as the trustee of Goodman Networks, Inc. ("Debtor" or "Goodman Networks"), the debtor in the above-styled Chapter 7 bankruptcy case, files this Exhibit List for the October 2, 2024 hearing on the Motion to Compel Arbitration and Abate Proceeding Pending Completion of Arbitration (Doc. 18) ("Motion") filed by Defendant James Goodman and the Joinder (Doc. 29) filed by Defendants Jason and Joseph Goodman.

1

| Exhibit Number | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| T-1 | Trustee's Original Complaint (Doc. 1) | | | | |
| T-2 | Proof of Claim 39-1 filed by James Frinzi (*In re Goodman Networks, Inc., 22-31641-mvl7*, Claim 39-1) | | | | |
| T-3 | Proof of Claim 41-2 filed by James Goodman (*In re Goodman Networks, Inc., 22-31641-mvl7*, Claim 41-2) | | | | |
| T-4 | Trustee's Objection to Proof of Claim 39-1 filed by James Frinzi (*In re Goodman Networks, Inc.*, 22-31641-mvl7, Doc. 602) | | | | |
| T-5 | Trustee's Objections to Proof of Claim 41-2 filed by James Goodman (*In re Goodman Networks, Inc.*, 22-31641-mvl7, Doc. 601) | | | | |

The Trustee reserves the right to offer any exhibit offered by other parties at the hearing or in rebuttal to exhibits offered by other parties at the hearing.

Respectfully Submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*

    Davor Rukavina
    State Bar No. 24030781
    drukavina@munsch.com
    Jamil N. Alibhai
    State Bar No. 00793248
    jalibhai@munsch.com
    Thomas D. Berghman
    State Bar No. 24082683
    tberghman@munsch.com
    Anne-Alise "Ali" Hinckley
    State Bar No. 24090786
    ahinckley@munsch.com
    J. Blake Glatstein
    Texas Bar No. 24123295
    bglatstein@munsch.com
    Maddison Craig
    State Bar No. 24137348
    mcraig@munsch.com
    500 N. Akard Street, Ste. 4000
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**ATTORNEYS FOR TRUSTEE**

3

## **CERTIFICATE OF SERVICE**

  The undersigned certifies on October 1, 2024, a true and correct copy of the foregoing document was electronically served on all counsel of record through the Court's ECF system.

Robert A. Simon
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
Email: rsimon@whitakerchalk.com

Jason M. Rudd
Paul T. Elkins
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
Email: jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

Randall A. Pulman
Anna K. MacFarlane
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
Email: rpulman@pulmanlaw.com
amacfarlane@pulmanlaw.com

                By: */s/ Anne-Alise "Ali" Hinckley*
                  Anne-Alise "Ali" Hinckley